ALAN KORN, SBN 167933
LAW OFFICE OF ALAN KORN
1840 Woolsey Street
Berkeley, California 94703
Ph. (510) 548-7300
Fax: (510) 540-4821

Attorneys for Plaintiff
John Klemmer dba Remohj Music

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KLEMMER d/b/a REMOHJ MUSIC,<br><br>Plaintiff,<br><br>v.<br><br>JABARI EVANS p/k/a NALEDGE, an Individual, RAWKUS ENTERTAINMENT, LLC, a Delaware Limited Liability Company, MAJOR LEAGUE ENTERTAINMENT N.Y.C., INC., a New York Corporation, ANTHONY THEODORE p/k/a DYNAS, an Individual,<br><br>Defendants. | Case No.: C08-03732 JCS<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT ANTHONY THEODORE TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT |

Pursuant to Civil Local Rule 6.1(a), Plaintiff John Klemmer d/b/a Remohj Music ("Plaintiff"), by and through Plaintiff's counsel of record, and Defendant Anthony Theodore p/k/a Dynas ("Theodore"), *pro se*, hereby stipulate as follows:

WHEREAS, Defendant Anthony Theodore p/k/a Dynas ("Theodore") and Plaintiff John Klemmer d/b/a Remohj Music ("Plaintiff"), through Plaintiff's undersigned counsel, have agreed to extend the time for Defendant Theodore to file his response to the First Amended Complaint;

STIPULATION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT – PAGE 1

1  WHEREAS, such an extension of time to answer, move, or otherwise respond will not
2  alter the date of any event or any deadline already fixed by Court order; and
3  WHEREAS, pursuant to Civil Local Rule 6.1(a), no court order is required to give effect
4  to this Stipulation.
5  IT IS HEREBY STIPULATED AND AGREED, by Plaintiff through his undersigned
6  counsel and Defendant Theodore, that Defendant Theodore's time to answer, move, or otherwise
7  respond to the First Amended Complaint in the above action shall be extended through and
8  including October 22, 2008. Defendant Theodore was not served the initial Complaint, nor did
9
10  Defendant Theodore waive service of the initial Complaint in which he was a named party.
11  Respectfully submitted this 29th day of September, 2008.

_____
ANTHONY THEODORE
Defendant, *Pro Se*

LAW OFFICE OF ALAN KORN

By_____

Alan Korn, Esquire
1840 Woolsey Street
Berkeley, California 94703
Telephone: (510) 548-7300
Facsimile: (510) 540-4821
Attorney for Plaintiff

Dated: 9/29/08

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA