ALAN KORN, SBN 167933
LAW OFFICE OF ALAN KORN
1840 Woolsey Street
Berkeley, California 94703
Phone: 510/548-7300
Fax: 510/540-4821

Attorneys for Plaintiff
John Klemmer dba Remohj Music

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KLEMMER d/b/a REMOHJ MUSIC, | Case No.: C08-03732 ~~JCS~~ CW |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER |
| v. | |
| JABARI EVANS p/k/a NALEDGE, an Individual, RAWKUS RECORDS, LLC, a Delaware Limited Liability Company, MAJOR LEAGUE ENTERTAINMENT N.Y.C., INC., a New York Corporation, and ANTHONY THEODORE p/k/a DYNAS, an Individual, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN pursuant to Fed.R.Civ.Proc. 41(a), that Plaintiff John Klemmer d/b/a Remohj Music voluntarily dismisses Defendant Anthony Theodore p/k/a/ Dynas, without prejudice, pending full and final fulfillment of agreed settlement considerations and performances.

///

///

NOTICE OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER – PAGE 1

1  Dated: October 20, 2008

LAW OFFICE OF ALAN KORN

By: _____
Alan Korn
Attorney for Plaintiff
John Klemmer dba Remohj Music

## ORDER

Upon the Notice of Plaintiff John Klemmer dba Remohj Music, the First Amended Complaint for Damages as to Defendant ANTHONY THEODORE p/k/a DYNAS, is hereby dismissed, without prejudice, pending full and final fulfillment of agreed settlement considerations and performances between the parties.

Dated: 2/24/09

Hon. ~~Joseph C. Spero~~
Claudia Wilken

# PROOF OF SERVICE

I, Alan Korn, declare as follows:

I am employed by Law Office of Alan Korn in Alameda County, California. I am over the age of eighteen (18) years; my business and employment address is 1840 Woolsey Street, Berkeley, California 94703.

On October 20, 2008, I served a true copy of the following:

**NOTICE OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER**

on the parties listed below in this action by causing them to be mailed via U.S. Mail, postage prepaid, to the addressee at the following address:

Anthony Theodore
3841 NW 84th Avenue, 2-G
Sunrise, FL  33351

Jabari Evans
c/o Major League Entertainment N.Y.C. Inc.
14th Floor
263 West 38th Street
New York, New York 10018-0021
Defendant

Major League Entertainment N.Y.C. Inc.
14th Floor
263 West 38th Street
New York, New York 10018-0021
Defendant

Rawkus Records, LLC
c/o Blumberg Excelsior Corporate Services, Inc.
1220 N. Market Street, Suite 806
Wilmington, DE  19801

I declare under penalty of perjury of the law of the State of California that the foregoing is true and correct. Executed on October 20, 2008, at Berkeley, California.

_____
Alan Korn